AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition;
18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) – Forfeiture of Firearm and Ammunition

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** Maximum Prison Term of 10 years;
Maximum Fine of $250,000;
Maximum Supervised Release Term of 3 years;
Mandatory Special Assessment of $100;
Forfeiture

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**
▶ JUSTIN SEAMUS SALINAS

**DISTRICT COURT NUMBER**
4:22-cr-00205-JST

**FILED**
MAY 18 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: STEPHANIE M. HINDS, AUSA
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): THOMAS R. GREEN, AUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction  ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution
defendant detained in related Case No. CR 19-0009 HSG

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year 09/08/2021

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT     Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:     Before Judge:

Comments:

STEPHANIE M. HINDS (CABN 154284)
United States Attorney

FILED

MAY 18 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JUSTIN SEAMUS SALINAS,<br><br>  Defendant. | No. CR 4:22-cr-00205-JST<br><br>VIOLATION: 18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition; 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) – Forfeiture of Firearm and Ammunition<br><br>OAKLAND VENUE |

# I N F O R M A T I O N

The United States Attorney charges:

COUNT ONE:     (18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition)

On or about August 6, 2021, in the Northern District of California, the defendant,

JUSTIN SEAMUS SALINAS,

knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess ammunition, namely six (6) rounds of Blazer 10mm ammunition, all in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

//

//

INFORMATION

1

FORFEITURE ALLEGATION:     (18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) – Criminal Forfeiture)

1. The factual allegations contained in Count One of this Information are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

2. Upon a conviction for the offense alleged in Count One, the defendant,

JUSTIN SEAMUS SALINAS,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all right, title, and interest in any firearm involved in or used in any violation of said offense, including, but not limited to, the following property:

   a. One (1) black and silver, privately-manufactured 10mm pistol seized from me on or about August 6, 2021 in Antioch, CA, and

   b. Six (6) rounds of Blazer 10mm ammunition seized from me on or about August 6, 2021 in Antioch, CA.

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

//
//
//
//
//
//

All pursuant to Title 18, United States Code, Section 924(d)(1), Title 28, United States Code, Section 2461(c), and the Rule 32.2 of the Federal Rules of Criminal Procedure.

DATED:  May 18, 2022

STEPHANIE M. HINDS
United States Attorney

*/s/ Thomas R. Green*
THOMAS R. GREEN
Assistant United States Attorney