UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

```
FILED
MAY 18 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND
```

# CRIMINAL COVER SHEET

**Instructions:** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

| | |
|---|---|
| **CASE NAME:** USA v. JUSTIN SEAMUS SALINAS | **CASE NUMBER:** CR 4:22-cr-00205-JST |
| **Is This Case Under Seal?** | Yes   No ✓ |
| **Total Number of Defendants:** | 1 ✓   2-7   8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes   No ✓ |
| **Venue (Per Crim. L.R. 18-1):** | SF   OAK ✓   SJ |
| **Is this a potential high-cost case?** | Yes   No ✓ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes   No ✓ |
| **Is this a RICO Act gang case?** | Yes   No ✓ |
| **Assigned AUSA (Lead Attorney):** THOMAS R. GREEN | **Date Submitted:** 5/18/2022 |

**Comments:**

The United States anticipates filing a notice of related case upon assignment of a case number in this matter to relate the case to CR 19-0009 HSG.

RESET FORM   SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)